Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEYS FOR PLAINTIFF

E-filing

FILED
SEP 1 9 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO - OAKLAND DIVISION

RONALDO SUELEN, an individual,

    Plaintiff,

v.

SIMM ASSOCIATES INC., GREGORY SIMENDINGER, individually and in his official capacity,

    Defendants.

Case No.: CV 11 4643 LB

DEMAND FOR JURY TRIAL

COMPLAINT FOR DAMAGES FOR UNLAWFUL DEBT COLLECTION PRACTICES

## I. INTRODUCTION

1. In this action Plaintiff challenges Defendant's consumer debt collection practices in violation of the Fair Debt Collection Practices Asct ("FDCPA"), 15 U.S.C. § 1692 *et seq.* and the California Fair Debt Collection Practices Act, Civ. Code § 1788 *et seq.*

## II. JURISDICTION AND VENUE

2. Jurisdiction of this Court aries under 15 U.S.C. § 1692 *et seq.*

3. Venue is proper in this district as the alleged unlawful conduct occurred in this district and Plaintiff is a resident of this district.

COMPLAINT:      1      RONALDO SUELEN v. SIMM ASSOCIATES et al.

## III. INTRADISTRICT ASSIGNMENT

4. Pursuant to L.R. 3-2(c), this action should be assigned to this Court's San Francisco or Oakland Division, because a substantial part of the events giving rise to this action occurred in this District.

## IV. PARTIES

5. Plaintiff is a natural person, over the age of eighteen and a resident of this district.

6. Defendant SIMM ASSOCIATES INC. ("SIMM") is a Delaware corporation engaged in the business of collecting debts in this state with its principal place of business located at: 800 Pencander Drive, Newark, DE. Simm may be served at the aforementioned address. The principal business of Simm is the collection of debts using the mails and telephone, and Simm regularly attempts to collect debts alleged to be due another. Simm is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civ. Code § 1788.2(c). Simm is a third-party debt collector subject to the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

7. Defendant GREGORY SIMENDINGER ("Simendinger") is a natural person and is or was an employee, agent, member, officer and/or director of Defendant Simm at all relevant times. Simendinger may be served at the Simm principal office. Simendinger is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civ. Code § 1788.2(c). Simendinger is a third-party debt collector subject to the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. Plaintiff is informed and believes, thereon alleges that Simendinger is liable for the acts of Simm because he is President and Chief Executive Officer of Simm, he sets and approves Simm's collection policies, practices, procedures, and he directed the unlawful activities described herein.

8. At all times herein mentioned, each of the Defendants was an officer, director, agent, servant, employee and/or joint venturer of his/her co-defendants, and each of them, and at all said times, each Defendant was acting in the full course and scope of said office, directorship, agency, service, employment and/or joint venture. Any reference hereafter to "Defendants" without further qualification is meant by Plaintiff to refer to each Defendant, and all of them,

1  named above.

## V. FACTUAL ALLEGATIONS

9. Some time ago, Plaintiff incurred a debt to GE Money, on account number ending in 2581. Plaintiff's debt was based on purchases he made to acquire consumer goods and services.

10. Defendant Simm was notified by mail and fax on January 1, 2011 (Exhibit A) that Plaintiff was represented by an attorney and that all collection communications were to be directed to the attorney.

11. Defendant Simm notwithstanding the notices of representation thereafter sent a collection notice directly to Plaintiff (Exhibit B).

12. The Collection Notice (Exhibit B) was a false, deceptive and misleading representation in the collection of a debt, in representing availability of money to payoff Plaintiff's debt by going to the H&R Block office and that Plaintiff could have money in his hands today to get out of debt. Plaintiff had substantial indebtedness that exceeded the claim of Simm to a tax refund that would get Plaintiff out of debt.

## VI. CLAIMS

### FAIR DEBT COLLECTION PRACTICES ACT

13. Plaintiff brings the first claim for relief under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

14. Plaintiff repeats, re-alleges, and incorporates by reference all preceding paragraphs as though fully set forth herein.

15. Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

16. Defendant Simm is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

17. Defendant Simendinger is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

18. The financial obligation alleged to be owed by Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

19. Defendants have violated the FDCPA. The violations include, but are not limited to the following:

    a. Communicating with Plaintiff who is represented by an attorney in violation of 15 U.S.C. § 1692c;

    b. Defendant sent a false, deceptive and misleading communication regarding Plaintiff obtaining a tax refund to pay the alleged debt in violation of 15 U.S.C. § 1692e.

20. Defendants' acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the debt.

21. As a result of Defendants' violations of the FDCPA, Plaintiff is entitled to an award of statutory damages, costs and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

## ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

22. Plaintiff brings the second claim for relief against Defendants under the Rosenthal Fair Debt Collection Practices ("RFDCPA"), California Civil Code §§ 1788 *et seq*.

23. Plaintiff repeats, realleges, and incorporates by reference all preceding paragraphs as though fully set forth herein.

24. Plaintiff is a "debtor" as that term is defined by the RFDCPA, Cal. Civ. Code § 1788.2(h).

25. Defendant Simm is a "debt collector" as that term is defined by the RFDCPA, Cal. Civ. Code § 1788.2(c).

26. Defendant Simendinger is a "debt collector" as that term is defined by the RFDCPA, Cal. Civ. Code § 1788.2(c).

27. The financial obligation alleged to be owed by Plaintiff is a "consumer debt" as that term is defined by the RFDCPA, Cal. Civ. Code § 1788.2(h).

28. Defendants have violated the RFDCPA. The violations include, but are not limited to the following:

    a. Defendant communicated with a consumer represented by an attorney in

violation of Cal. Civ. Code § 1788.14;

      b.    Defendant's violation of section 1692e of the FDCPA equally violates California law as provided by Cal. Civ. Code § 1788.17.

29. Defendants' acts as described above were done willfully and knowingly with the purpose of coercing Plaintiff to pay the debt, within the meaning of Cal. Civ. Code § 1788.30(b).

30. As a result of Defendants' willful and knowing violations of the RFDCPA, Plaintiff is entitled to an award of a statutory penalty in an amount not less than one hundred dollars ($100) nor greater than one thousand dollars ($1,000), pursuant to Cal. Civ. Code § 1788.30(b).

31. As a result of Defendants' violations of the RFDCPA, Plaintiff is entitled to an award of statutory damages pursuant to Cal. Civ. Code § 1788.17.

32. As a result of Defendants' violations of the RFDCPA, Plaintiff is entitled to an award of his reasonable attorney's fees and costs pursuant to Cal. Civ. Code §§ 1788.30(c) and 1788.17.

33. Pursuant to Cal. Civ. Code § 1788.32, the remedies provided under the RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies that the Plaintiff may have under any other provision of law.

## VII. PRAYER FOR RELIEF

Plaintiff request that this Court:

      a.    Assume jurisdiction in this proceeding;

      b.    Declare that Defendants violates the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692c, 1692e;

      c.    Declare that Defendants violated the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788.17;

      d.    Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

      e.    Award Plaintiff a statutory penalty in an amount not less than $100 nor greater than $1,000 pursuant to Cal. Civ. Code § 1788.30(b);

f. Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to Cal. Civ. Code § 1788.17;

g. Award Plaintiff the costs of this action and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civ. Code §§ 1788.17 and 1788.30(c); and

h. Award Plaintiff such other and further relief as may be just and proper.

Dated: 9.16.2011

Irving L. Berg
THE BERG LAW GROUP
433 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)

ATTORNEY FOR PLAINTIFF

### CERTIFICATION PURSUANT TO CIVIL L.R. 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: 9.16.2011

Irving L. Berg

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff hereby demands a trial by jury of all triable issues of fact in the above-captioned case.

Dated: 9.16.2011

Irving L. Berg

**THE BERG LAW GROUP**
ATTORNEYS AND COUNSELORS AT LAW
145 Town Center, PMB 493
Corte Madera, California 94925
Phone: (415) 924-0742  Fax: (415) 891-8208
e-mail irvberg@comcast.net

IRVING L. BERG, ESQ.

January 1, 2011

Simm Associates
800 Pencader Drive
Newark, DE 19702

VIA FAX TO 302-368-9382

Re: Name of Client: Ronaldo Suelen
    File No:   Unknown
    Alleged Creditor: GE Money Bank

**Notice of Attorney Representation**
**Notice of Dispute**
**Amount of Alleged Claim:** $2,463.87

Dear Sir or Madam:

This office represents the captioned consumer with respect to the captioned debt and any other debts you may be attempting to collect from my client. Henceforth, all communications regarding the consumer's debts are to be addressed to this office.

Also, the captioned debt is disputed and request is made for verification of the alleged debt pursuant to 15 U.S.C. § 1692g(a)(4). In verifying the debt, please provide the following:

a) The agreement between the credit provider and my client,
b) The charges supporting the claim, and
c) Your authorization from the credit provider to collect the alleged debt.

Further, you are <u>not</u> authorized to initiate any telephone calls to my client's residential telephone line or cellular telephone service using an artificial or prerecorded voice. Any prior consent given by my client is revoked.

Your collection practices are governed by the federal and California consumer laws. If you have any doubt as to these matters, deliver this letter to your attorney or insurance carrier. **All inquiries regarding my client's financial affairs shall be directed, in writing, to the undersigned.**

In the unlikely event that the legal relationship with my client is terminated, you will be notified.

Should you assign or sell my client's debt to a third party, please forward this letter to that party.

Your co-operation is appreciated.

Sincerely,

Irving L. Berg
ILB/se

Plaintiff's Exhibit
A

CD11c

SIMM account #: 5422851
Total Due: $2,463.87
Client: EAF-Equable Ascent Financial
Account #: 5046620226502581

**SIMM ASSOCIATES, INC.**
800 PENCADER DRIVE
NEWARK DE 19702
(866) 572-9376

## IT'S TAX SEASON!!! HELP YOURSELF TODAY!

Dear RONALDO SUELEN,

It's here again! Tax Season. This year, use your tax refund to pay off your EAF-Equable Ascent Financial account and start 2011 the right way!

To pay your balance in full, send your check or money order made payable to SIMM Associates, Inc.

Need money fast?? Go to your local H&R Block* office today and ask about one of the products that they offer for your tax refund preparation. You could have money in your hands today to get you out of debt.

If you are unable to pay your full balance immediately, SIMM Associates has several options to help you. Please contact us today at (866) 572-9376 to take advantage of special offers available to you.

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

Sincerely,

SIMM Associates, Inc.
(866) 572-9376

PLEASE: To ensure proper credit, remit payment directly to our office only.
Remit to:

| Money gram: | Overnight Mail: | Western Union Quick Collect: |
|---|---|---|
| Receive Code: 2800 | 800 Pencader Drive | Code City: SIMM |
| City: Newark, DE | Newark DE 19702 | State: DE |
| Pay-by-Internet www.simmassociates.com/Payment.htm | Pay-by-Phone - Credit Card/Debit Card/ACH (checking & savings) TOLL FREE (866) 572-9376 | |

* H&R Block is wholly independent from Simm Associates and is solely responsible for the tax services it provides.

Plaintiff's Exhibit
B